# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT DANIEL EKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT, et al.,<br><br>　　　　　Defendants.　　　　　／ | CASE NO. 1:05-CV-1551-OWW-DLB-P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL AND DENYING REQUEST FOR RETURN OF FILING FEE<br><br>(Docs. 6 and 7) |

　　Plaintiff Garrett Daniel Ekman ("plaintiff"), a state prisoner proceeding pro se, filed this civil rights action on December 6, 2005, pursuant to 42 U.S.C. § 1983. On March 28, 2006, Plaintiff filed a request for dismissal of this action and return of the $250.00 filing fee on the ground that he has some mental health issues and filed the action in error.

　　Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading. Plaintiff's request to dismiss this action is HEREBY GRANTED. Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal and the Clerk of Court is directed to close the file in this action.

///
///
///

1

1  The filing fee is due upon the filing of suit and is not refundable on the basis that the plaintiff now regrets filing suit. Accordingly, plaintiff's request for the return of the $250.00 filing fee is HEREBY DENIED.

IT IS SO ORDERED.

    Dated:   April 6, 2006                             **/s/ Dennis L. Beck**
3b142a                                                UNITED STATES MAGISTRATE JUDGE